UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAUREEN FORS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C19-1520 RSM

**ORDER TO SHOW CAUSE**

After two extensions of time were granted, Plaintiff was required to file an opening brief on or before March 9, 2020. Dkt. 19. On March 11, 2020, Plaintiff's motion for a third extension was denied, without prejudice, for failure to comply with local rules. Dkt. 21. As of March 30, 2020, Plaintiff has neither filed an opening brief nor properly requested an extension of time.

Plaintiff is ordered to show cause by April 10, 2020, why this matter should not be dismissed for lack of prosecution. Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing an opening brief along with an explanation for the delay. If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to the Defendant.

DATED this 30 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2