Harvey Grad
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA  98109
206.331.3927
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAUREEN FORS,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.: 2:19-cv-01520 RSM<br><br>**ORDER GRANTING PLAINTIFF HER EAJA FEES PAYABLE DIRECTLY TO PLAINTIFF'S ATTORNEY HARVEY GRAD** |

ORDER

**IT IS ORDERED AND ADJUDGED** that Plaintiff is awarded EAJA fees in the sum of **$5.847.11** and costs of **$23.25** to be paid directly to Attorney Harvey Grad, at 323 Queen Anne Ave. N., Suite 102, Seattle, WA 98109.

Dated this 30th day of September, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Harvey Grad
Harvey Grad, WSBA 6506
Attorney for Plaintiff Fors

Fors v. Saul, Comm'r SSA
ORDER GRANTING PLAINTIFF'S
EAJA MOTION, GRANTIG EAJA
FEES TO PLAINTIFF'S ATTORNEY – page 1