1  Harvey Grad
2  Harvey Grad, PS
   323 Queen Anne Ave. N., Ste. 102
   Seattle, WA  98109
3  206.331.3927
   Attorney for Plaintiff
4

5                    UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON

6  MAUREEN FORS,                            Case No.:  2:19-cv-01520 RSM

7              Plaintiff,
        vs.
8                                           **AMENDED ORDER GRANTING
                                            PLAINTIFF HER EAJA FEES PAYABLE
   ANDREW SAUL, COMMISSIONER OF SOCIAL       DIRECTLY TO PLAINTIFF'S ATTORNEY
9  SECURITY,                                HARVEY GRAD**

10             Defendant.

11

12                            ORDER

13       **IT IS ORDERED AND ADJUDGED**  that Plaintiff is awarded EAJA fees in the sum of

14  **$5.847.11** and _expenses_  of **$23.25** to be paid directly to Attorney Harvey Grad, at 323 Queen Anne

15  Ave. N., Suite 102, Seattle, WA 98109.

16       Dated this 7th day of October, 2020.

17

18

19                                          _____

20                                          RICARDO S. MARTINEZ
                                            CHIEF UNITED STATES DISTRICT JUDGE

21

22  Presented by:

23  s/ Harvey Grad
    Harvey Grad, WSBA 6506
24  Attorney for Plaintiff Fors

25  Fors v. Saul, Comm'r SSA
    AMENDED ORDER GRANTING PLAINTIFF'S                    **Harvey Grad, WSBA 6506**
    EAJA MOTION, GRANTING EAJA                            **Harvey Grad, PS**
    FEES TO PLAINTIFF'S ATTORNEY – page 1      **323 Queen Anne Ave. N., Ste. 102**
                                                          **Seattle, WA 98100**
                                          **Ph.: 206.331.3927 – Fax: 206.327.9284**